Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

August 6, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATHIAS DOUGLAS KANE, <br><br> Defendant. | NO. **CR20-5271 BHS** <br><br> INDICTMENT |

## COUNT 1
### (Cyberstalking)

Beginning no later than on or about January 5, 2020, and continuing through on or about January 31, 2020, in the City of La Center, in the Western District of Washington and elsewhere, MATHIAS DOUGLAS KANE, with intent to injure, harass, and intimidate another person, identified herein as BS, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that placed BS in reasonable fear of death and serious bodily injury to BS, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to BS, as described in greater detail below.

**Background Allegations**

At all times material to this Indictment:

1. Prior to February 2019, MATHIAS DOUGLAS KANE lived in La Center, Washington with his girlfriend and minor daughter, RNK. In or about February 2019, Washington State authorities began investigating a report that KANE's girlfriend physically abused RNK. Shortly thereafter, a Clark County court entered an order prohibiting contact between the girlfriend and RNK. As a result, RNK began living with her mother on a nearby property.

2. In or about June 2019, RNK's mother agreed that BS would take custody of RNK. Due to a variety of circumstances, by that time it was no longer feasible for RNK to continue living with her mother. BS was a neighbor and acquaintance of MATHIAS DOUGLAS KANE.

3. In or about January 2020, Washington State authorities initiated formal dependency proceedings related to RNK, seeking, in part, a court order determining where RNK should live. Due to a variety of circumstances, by that time it was no longer feasible for RNK to continue living with BS.

4. MATHIAS DOUGLAS KANE controlled and used an account over the online platform known as Disqus. The user name of KANE's Disqus account was "AshkeNAZI," with an associated avatar depicting a white male wearing an overcoat spray-painting a swastika on the wall of a building marked with a sign identifying it as a Jewish synagogue.

5. Disqus is a worldwide blog comment hosting service for websites and online communities that uses a networked platform. Disqus allows users to post publically viewable comments associated with online videos, news articles, and other items posted over the internet. Disqus is headquartered in San Francisco, California, and its computer servers are located in Texas.

//
//

## Summary of the Offense

6. Beginning no later than on or about January 5, 2020, and continuing through on or about January 31, 2020, MATHIAS DOUGLAS KANE sent numerous harassing and threatening communications directed at BS using his "AshkeNAZI" account over Disqus, an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facility of interstate and foreign commerce. KANE's threatening and harassing communications targeted BS for the role KANE perceived BS played in the aforementioned child custody and dependency proceedings involving RNK, and because KANE perceived that BS was Jewish. KANE's threatening and harassing communications included, but were not limited to, the following:

7. On or about January 6, 2020, MATHIAS DOUGLAS KANE posted: "I speak my mind and have been attacked over and over by every alphabet agency Washington State has from Law Enforcement to Child and Family Services, its been non stop harassment. *I am to the point i am going to do something nuts but i want to take as many of them with me as i can!!!!*" (emphasis added)

8. On or about January 7, 2020, MATHIAS DOUGLAS KANE posted: "I am a White Nationalist not a Cultural Marxist or White Supremacist. HUGE difference! I dont feed the Jews what they need to keep the White race suppressed like Hail Cuckery and the rest of this Zionist ran alternative media conglomerate does. Thats all you Hasbara fools try to do is put words in my mouth and discredit White Nationalism. Line up Hasbara see if you can make me stop, *you fucked with my family, i will never go away, it will end in gunfire!*" (emphasis added)

9. On or about January 9-10, 2020, MATHIAS DOUGLAS KANE made a series of posts stating, among other things: "You have 3 Hasbara agents working diligently to Harass your opinion. That's how Zionist Jews work in the States. You have the right to say whatever you want but you will be subtly attacked for what you say. Your family is at stake, trust me my 13 year old daughter has been kidnapped by them. CPS IS

a State ran Zionist tool used to attack the White family! if you are speaking about them on the internet, protect yourself. Go look at the comment this fucking bastard left for me today, literally throwing in my face they have my daughter!!!!!! *IM going to kill some people and its going to be a miserable death i bring them! . . . It's going end with dead social workers lawyers and judges maybe a cop or 2 one by one like a serial killer until one of your pigs gets me.* . . . Yes i only kill Zionists, i have a nice place to put people like you, would you like to see it sometime? i would like to show you. . . . I know what's going on and have for a long time, i have names and addresses you just think i won't do anything." (emphasis added)

10. On or about January 12, 2020, MATHIAS DOUGLAS KANE posted: "[W]hat do we do when Zionist Jews take your child and cps, law enforcement will cover up a kidnapping and turn it into a child that ran away and now your stuck with a missing child knowing that these people have done something with her...*do you arm yourself and start picking em off until you get picked off?* what do you do?" (emphasis added)

11. On or about January 12, 2020, MATHIAS DOUGLAS KANE posted on the website Bitchute a video entitled, "My Missing Child [RNK]." In this video, KANE claims that BS "kidnapped" his daughter. KANE also specifies that BS was Jewish and discusses the Jewish roots of her surname. KANE then posted related comments under the video using his "AshkeNAZI" Disqus account. In one post, KANE publically doxxed BS by posting a screen shot of his phone showing BS's full name, cell and home phone numbers, and home address. In another post, KANE stated:

> We dont talk to or cooperate with CPS or LEO if they call to angle on us we hang up on them. Yes [BS] gave [RNK] a phone, that's all she cared about! She was putty in her hands at that point they took her to school and with counselors took grainy b&w pics of 2 one inch bruises saying my GF did that to her with a dog leash! LIES! They charged her with felony child abuse we wanted to take it to trial they dragged it on for 8 months then dropped the charges now [RNK] is missing, everything they have done is based from fabricated lies. LEO CPS and especially this fucking cunt [BS] are all involved in KIDNAPPING my kid and trying to pass it off as she is a runaway! its all very illegal!!! *This will not end well for anybody, i am a*

*very patient man, but my patience is running out, i wont feel a thing when i finally see red.* I have called the State Attorney Generals office and left my name and number if they dont call back Monday morning i will call them after noon *if they dont help, i will handle this myself and it wont be pretty.* (emphasis added)

12. On January or about 20, 2020, MATHIAS DOUGLAS KANE again doxxed BS by posting her home address and phone number, and made threats to kill BS and other individuals who were involved in the dependency proceedings:

> They are deathly afraid of me i stare at them in court with the eyes of hell and they cant stand to look more than a few seconds before they look away. I do show full restraint they provoke and WANT ME TO REACT! that's the only way they can win is if i do! I am smarter than that now i will sue them and do what i have to do to make them put that AshkeNAZI Jewess cunt [BS] in a cell. *Her address is [REDACTED] Her phone number is [REDACTED] everybody trash this Jew cunt!* she is getting a copy of this in the mail tuesday! . . . I normally wouldn't agree with that statement but *with what they have done to my daughter i am ready to kill now and ask questions later.* (emphasis added)

13. During in or about January 2020, MATHIAS DOUGLAS KANE made several additional posts concerning BS and other individuals involved in the dependency proceedings, including, but not limited to, the following:

- "I need a good attorney from the Right CPS and a fucking Jew cunt have my 13yo kid illegally they have her on Prozac and another antipsychotic strapping her chest . . . I have money just want someone I can trust, all the attorneys in SW Washington are owned by the JUUUUUUUUdicial system. I need help, anybody?"

- "Not more than a month ago . . . a Jewish cunt that lives down the block from me targeted my 13 yo daughter. CPS Law enforcement the state of Washington they are all involved in trying to take my daughter . . . the Jew cunt's name is [BS], go type into google [BS] Jewish and read. . . . It all started when that [BS] bitch took my kid to school and claimed bruises on her leg were from a spanking my GF did, all lies!!! They have nothing on me at all but wont let me see my kid. I am warning you all if you have children to watch them because these

fucking Jews know we are on here talking about them and they are looking for ways to fuck with us!"

- "A NAZI Jew cunt that lives dow the block targeted by 12 yo problem child. . . . this witch . . . took my kid to school and said some bruises on her leg were from a spanking my GF gave her which was all lies, so the JEWdicial system filed felony charges against my GF and a protection order is in place keeping my GF away from my daughter to her grandmothers so we could fight this thing in court and get everything straightened out, while my daughter was at her grandmothers this cunt that lives down the road [BS] went a county away and took my child from her grandmothers and never told me . . . Listen tell everybody you can watch out for their kids!!! CPS and JEWS are going after them!!!"

- "[I]t just so happens that a AshkeNAZI Jew cunt witch has gone after my kid . . . This IS a direct attack for things I say on the web! Nobody could in any way change my mind about that FACT! CPS is all Jews and Gays or Gay Jews or groups like Wise team full of Tranny Jews . . . Living in a residential neighborhood in America isn't safe unless you know for sure its an all White neighborhood i didn't even check my neighbors last names until a couple weeks ago and found out I have 5 AshkeNAZI Jewish families living in my neighborhood. I didn't even know the [BS] name was AshkeNAZI until I looked it up."

- "I am in a quandary about the Jew myself I have a Nazi Jew that lives down the street that teamed up with CPS and LEO to attack my family through my daughter."

- "I have a Nazi Jew Cunt that lives down the street from me named [BS] CPS LEO and the State of Washington all fucking with me. Something my GF and i noticed in Family court was, ITS ALL FUCKING WHITE PEOPLE that are being attacked by the system and the court room was full! No other races were present the 4 days we spent in that courtroom! except for the 80% Gay Bull Dike Jews that are State Employee's!"

14. During in or about January 2020, Kane made numerous additional posts containing threats to kill Jews in general, sometimes also referring to his frustrations with BS and the dependency proceedings, including, but not limited to, the following:

- "Fuck all Abrahamic dick cutting cults! KILL THEM ALL!"

- "I have been bitching and fighting with everybody about who is the guilty and who is an innocent Jew, after what was done to my family i am done. THEY ALL NEED TO GO THE FUCK TO ISRAEL THEN WE NEED TO TURN THAT LITTER BOX INTO GLASS!!! NOT ONE JEW LIVES KILL THEM ALL!!! KAWABUNGA MOTHER FUCKERS!"

- "Lots of Zionist pigs in all our Nations! KILL THEM ALL! . . . Lets kill every last motherfucking one of them!"

All in violation of Title 18, United States Code, Sections 2261A(2)(A) and (B).

## COUNT 2
### (Interstate Threats)

On or about January 12, 2020, in the City of La Center, within the Western District of Washington, and elsewhere, MATHIAS DOUGLAS KANE knowingly and willfully transmitted in interstate and foreign commerce, from the State of Washington to another state, communications, in the form of online internet posts, which contained threats to injure BS.

The allegations contained in paragraphs 1 through 14 above are hereby realleged and incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Interstate Threats)

On or about January 20, 2020, in the City of La Center, within the Western District of Washington, and elsewhere, MATHIAS DOUGLAS KANE knowingly and willfully transmitted in interstate and foreign commerce, from the State of Washington to another state, communications, in the form of online internet posts, which contained threats to injure BS.

The allegations contained in paragraphs 1 through 14 above are hereby realleged and incorporated by reference as if fully set forth herein.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

DATED: 8/6/2020

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

BRIAN T. MORAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney