1
2
3
4
5
6
7
8
9
10

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11 | UNITED STATES OF AMERICA,

NO. CR20-5271 BHS

12 |         Plaintiff,

13 |      v.

UNITED STATES' SENTENCING
MEMORANDUM

14

15 | MATHIAS DOUGLAS KANE,

16 |        Defendant.

17

18 | **I.      Introduction.**

19 |      The government joins the defense and the U.S. Probation Office in recommending

20 | that the Court sentence Mathias Kane to a term of imprisonment of "time served" and a

21 | two-year period of supervised release, with all of the conditions of supervised release

22 | recommended by the Probation Office.  This recommended sentence is effectively at the

23 | high-end of the applicable Sentencing Guidelines range and appropriately addresses the

24 | defendant's serious criminal conduct.

25 | **II.     The Sentencing Guidelines Calculations.**

26 |      The government concurs with the Sentencing Guidelines calculations set forth in

27 | the Presentence Report.  The Probation Office correctly calculates the total offense level

28

GOVERNMENT'S SENTENCING MEMORANDUM - 1
*United States v. Kane,* CR20-5271 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  at 12, Kane's Criminal History Category at II, and the advisory Sentencing Guidelines
2  range to be 12-18 months.

3  **III.    Restitution.**

4          In consultation with the victim, B.S., the government has decided not to seek
5  restitution in this matter.

6  **IV.    Sentencing Recommendation.**

7          For the reasons set forth herein, the government recommends that the Court
8  sentence the defendant to a term of imprisonment of "time served" and a term of
9  supervised release of two years, with all of the conditions of supervised release
10 recommended by the Probation Office.  The various statutory sentencing factors support
11 this sentence including, most prominently, the nature and circumstances of the offense;
12 the need for the sentence imposed to reflect the seriousness of the offense, to promote
13 respect for the law, and to provide just punishment; the history and characteristics of the
14 defendant; and the need for the sentence to afford adequate deterrence to criminal
15 conduct.

16         Kane's criminal activities were extremely serious.  He made multiple online
17 threats against the victim, B.S., causing her to fear for her safety and seek a protection
18 order against Kane.  Kane's online statements about his possession of firearms and
19 ammunition further contributed to the fear B.S. felt over the threats he made against her.
20 Moreover, Kane made various additional online threats to kill law enforcement officers
21 and CPS workers, and made vitriolic anti-Semitic posts on a daily basis.  Although
22 Kane's background and characteristics provide some mitigation, on balance this case
23 calls for a sentence at the high-end of the Guidelines range.

24         The recommended sentence of "time served" is effectively a high-end sentence.
25 Kane has already served 14 months in federal prison.  This sentence is the equivalent of a
26 high-end 18-month sentence when factoring in the credit for good time provided by the
27 Bureau of Prisons and the typical early release to a Residential Reentry Center.  As such,
28

GOVERNMENT'S SENTENCING MEMORANDUM - 2
*United States v. Kane*, CR20-5271 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a "time served" sentence is a significant sentence in this case, and one that is warranted given the seriousness of the defendant's criminal activities.

**V.     Conclusion.**

For all of the reasons set forth above, the government recommends that the Court sentence the defendant to a term of imprisonment of "time served" and a term of supervised release of two years, with all of the conditions of supervised release recommended by the Probation Office.

DATED this 14th day of July, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Facsimile: 206-553-4440
Phone: 206-553-7970
E-mail: Todd.Greenberg4@usdoj.gov

GOVERNMENT'S SENTENCING MEMORANDUM - 3
*United States v. Kane,* CR20-5271 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970